# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
    **Jerome E Perryman**

Case No.

_____ Debtor(s). / _____

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __6__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **April 18, 2019**

                                      **/s/ Andrea E. Michaelsen**
                                      Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case: 19-10253    Doc# 2    Filed: 04/18/19    Entered: 04/18/19 17:02:13    Page 1 of 7

Advance America
100 Raley's Towne Center
Rohnert Park, CA 94928


Apria Healthcare
1328 S Highland Ave
Jackson, TN 38301


Aura
11630 Beryl Way
Clearlake Oaks, CA 95423


Axcess Financial
7755 Montogomery Road
Suite 400
Cincinnati, OH 45236


Best Collateral
509 4th St
Santa Rosa, CA 95401


Brian Lanz
2880 Cleveland Ave
Santa Rosa, CA 95403


Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179


Continental Credit Control, Inc
22 N Milpas St, Ste C
Santa Barbara, CA 93103

Credit First National Association
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181


Department of Motor Vehicles - CA
PO Box 942897
Sacramento, CA 94297


Dept of Ed / Navient
Attn: Claims Dept
Po Box 9635
Wilkes Barr, PA 18773


Employment Development Department
PO Box 826806
Sacramento, CA 94206


Fast Auto and Payday Loans
3276 Sonoma Blvd, Ste A
Vallejo, CA 94590-2912


First Nataional Bank/Legacy
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117


Flagstar Bank
Attn: Bankruptcy
5151 Corporate Drive
Troy, MI 48098


FMA Alliance Ltd.
P.O. Box 2409
Houston, TX 77252-2409

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011


Harley Davidson Financial
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J & L Teamworks
651 North Cherokee Lan, Ste B2
Lodi, CA 95240


Karen Dalpogetto
C/O Ann Larson
50 Old Courthouse Square
Santa Rosa, CA 95404


LabCorp
PO Box 2240
Burlington, NC 27216-2240


Lending Tree LLC
11115 Rushmore Drive
Charlotte, NC 28277


Mark Ives
2414 Redoak Ct
Santa Rosa, CA 95403

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804


Michael Bolinger MD
555 Petaluma Ave., Suite b
Sebastopol, CA 95472


Mike Tanner
PO Box 112
Fort Bragg, CA 95437


NetCredit
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604


Northern California Medical Assoc., Inc
3536 Mendocino Ave, #200
Santa Rosa, CA 95403-3634


OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708


Robert Cleek
1701 Novato Blvd, # 302
Novato, CA 94947


Santa Rosa Memorial Hospital
PO Box 4119
Santa Rosa, CA 95402-4119

Santa Rosa Pawn
1831 Guernville Road
Santa Rosa, CA 95403


Sharon Scheller
1891 Marion Way
Magalia, CA 95954


Shy Ecco and Mya Gilkman
90 Drakewood Lane
Novato, CA 94947


Sonoma County Tax Collector
585 Fiscal Drive, Suite 100
Santa Rosa, CA 95403


St Joseph Heritage Healthcare
PO Box 31001-2337
Pasadena, CA 91110


Steve Lint
19 Sterling Ave
Auburn, CA 95603


Steve Parmalee
C/O Ethan A. Glaubiger
740 4th st. Second Floor
Santa Rosa, CA 95404


Steven Hood
826 Sonoma Ave
Santa Rosa, CA 95407

Synchrony Bank/Chevron
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328


Western Health
2349 Gateway Oaks, Suite 100
Sacramento, CA 95833